UNCLAIMED FUNDS

*#60294*

*FILED*
*2009 AUG 27 PM 1:44*
*CLERK... COURT*
*NORTHERN DISTRICT OF OHIO*
*CANTON*

AUGUST 26, 2009

03-61414  MARK TOMAS MILES
JACKLYN RAMONA MILES
DEBTOR DID NOT CASH CHECK
CHECK #385293 FOR $319.33
MARK THOMAS MILES
JACKLYN RAMONA MILES
3250 MAYHAM RD NE
CARROLLTON, OH 44615

04-61144  JOSEPH RIOS, JR. (DECEASED)
HILARY RIOS
CREDITOR DID NOT CASH CHECK
CHECK #385294 FOR $6.09
EBERLY MCMAHON HOCHSCHELD LLC
2321 KEMPER LN #100
CINCINNATI, OH 45206

07-60975  CLARENCE & JOYCE HOLCOMBE
CREDITOR DID NOT CASH CHECK
CHECK #385295 FOR $465.87
FIRST INDIANA BANK
135 NORTH PENNSYLVANIA STREET
INDIANAPOLIS, IN 46204

07-60975  CLARENCE & JOYCE HOLCOMBE
CREDITOR DID NOT CASH CHECK
CHECK #385296 FOR $552.62
FIRST INDIANA BANK
135 NORTH PENNSYLVANIA STREET
INDIANAPOLIS, IN 46204